NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALVARO J. RUIZ,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7106

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2237, Judge William P. Greene, Jr.

---

**JUDGMENT**

---

RONALD L. SMITH, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for claimant-appellant. Of counsel were AARON PARKER; and VIRGINIA L. CARRON and ARMON SHAHDADI, of Atlanta, Georgia.

SCOTT D. AUSTIN, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. Of counsel on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON,

Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel and JONATHAN E. TAYLOR, Attorney, United States Department of Veterans Affairs, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 14, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |